JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIONECA VERDEL ANDERSON, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> M. CATE, DIRECTOR OF ) <br> CALIFORNIA DEPARTMENT OF ) <br> CORRECTIONS, ) <br> ) <br> Respondent. ) | Case No. EDCV 11-1344-SJO (OP) <br><br> J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 9, 2012

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge