JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIONECA VERDEL ANDERSON, ) | Case No. EDCV 11-1344-SJO (OP) |
| ) | |
| ) | JUDGMENT |
| Petitioner, ) | |
| v. ) | |
| ) | |
| M. CATE, DIRECTOR OF ) | |
| CALIFORNIA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 9, 2012

_____
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge